1  JORDAN FLETCHER (admitted *pro hac vice*)
   **FLETCHER LAW, PLLC**
2  428 Broadway
   New York, New York 10013
3  Tel: (212) 320-8945
   Fax: (347) 983-0046
4  Email: jordan@fletcherlaw.co

5

6  MARK R. CONRAD (CA Bar No. 255667)
   GABRIELA KIPNIS (CA Bar No. 284965)
7  **CONRAD & METLITZKY LLP**
   Four Embarcadero Center, Suite 1400
8  San Francisco, CA 94111
   Tel:   (415) 343-7100
9  Fax:   (415) 343-7101
   Email: mconrad@conradmetlitzky.com
10 Email: gkipnis@conradmetlitzky.com

11 Attorneys for Plaintiff MUDDY WATERS CAPITAL LLC

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15 | MUDDY WATERS CAPITAL LLC, A | Case No. 3:19-cv-01293-MMC |
   | CALIFORNIA LIMITED LIABILITY |  |
16 | COMPANY, |  |

17         Plaintiff,                      **NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

18     v.

19 TULLETT PREBON (SECURITIES) LTD.,
   AND JOHN DOES 1-10,                     Judge:     Hon. Maxine M. Chesney
20                                         Courtroom: 19th Floor, Courtroom 7
           Defendants.
21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTICE that the office and mailing address of JORDAN FLETCHER of
2   FLETCHER LAW, PLLC, counsel for Plaintiff in this action, has changed. The new address is: Jordan
3   Fletcher, Fletcher Law, PLLC, 428 Broadway, New York, NY 10013. All other information for
4   Plaintiff's counsel of record remains unchanged.

DATED: September 11, 2020

FLETCHER LAW, PLLC

By: /s/ *Jordan Fletcher*
Jordan Fletcher
Attorneys for MUDDY WATERS CAPITAL LLC

CONRAD & METLITZKY LLP

*/s/ Gabriela Kipnis*
MARK R. CONRAD
GABRIELA KIPNIS
Attorneys for MUDDY WATERS CAPITAL LLC