IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDY WATERS CAPITAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TULLETT PREBON (SECURITIES) LTD., and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 19-cv-01293-MMC<br><br>**ORDER RE: PROPOSED JUDGMENT FILED BY DEFENDANT TULLETT PREBON (SECURITIES) LTD.** |

    In the instant action, plaintiff Muddy Waters Capital LLC ("MWC") alleges a single claim of insider trading against defendants Tullett Prebon (Securities) Ltd. ("Tullett") and John Does 1 through 10.[1]  By order filed October 16, 2020, the Court granted Tullett's Motion to Dismiss.

    The Court is now in receipt of a "[Proposed] Judgment," filed October 27, 2020, by Tullett and unaccompanied by a motion seeking entry thereof.

    Where "multiple parties" are named in a complaint, "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." See Fed. R. Civ. P. 54(b). Here, although the above-referenced claim, as alleged against Tullett, has been resolved by the Court, the claim, as alleged against the "Doe" defendants, remains pending.

    Under such circumstances, if Tullett is seeking, at this time, a separate final

---

[1] The "Doe" defendants are alleged to be "unknown individuals or entities" who purchased or traded the bonds at issue in the instant action "and/or" provided material non-public information to such defendants. (See Amended Compl. ¶ 14.)

judgment, it must file a motion in which it sets forth good cause for such relief.

**IT IS SO ORDERED.**

Dated: October 29, 2020

MAXINE M. CHESNEY
United States District Judge