JORDAN FLETCHER (admitted *pro hac vice*)
**FLETCHER LAW, PLLC**
524 Broadway, 11th Floor
New York, New York 10012
Tel: (212) 320-8945
Fax: (347) 983-0046
Email: jordan@fletcherlaw.co

MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 255667)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Plaintiff MUDDY WATERS CAPITAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDY WATERS CAPITAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-10,<br><br>   Defendants. | Case No. 3:19-cv-01293-SJK<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Muddy Waters Capital
2  hereby dismisses this action without prejudice.
3
4                                                    Respectfully submitted,
5
6  DATED: August 5, 2021                             FLETCHER LAW, PLLC
7
                                                     By: /s/ *Jordan Fletcher*
8                                                    Jordan Fletcher
                                                     Attorneys for MUDDY WATERS CAPITAL LLC
9
10                                                   CONRAD & METLITZKY LLP
11
12                                                   */s/ Mark R. Conrad*
                                                     MARK R. CONRAD
13                                                   Attorneys for MUDDY WATERS CAPITAL LLC