UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDY WATERS CAPITAL LLC,<br><br>Plaintiff.<br><br>v.<br><br>TULLETT PREBON (SECURITIES) LTD.,<br><br>Defendant. | Case No.  19-cv-01293-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 73 |

**( )** **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)** **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Tullet Prebon (Securities) Ltd.'s Motion to Dismiss is GRANTED, and the Amended Complaint, as alleged against Tullet, is HEREBY dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 8/5/2021

Susan Y. Soong, Clerk

_____
Tracy Geiger
Deputy Clerk